# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-1267

_____

Michael Hansler

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: October 31, 2019
Filed: November 5, 2019
[Unpublished]

_____

Before LOKEN, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Michael Hansler appeals the November 13, 2018, Order of the district court[1] dismissing his claims against numerous Arkansas correctional officials

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

for violating his rights under the First and Fourteenth Amendments and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc-1 *et seq*. Hansler argues the district court erred in ruling that his claims for prospective injunctive relief became moot when he was transferred to another correctional facility, and in dismissing his constitutional and RLUIPA claims on the ground that defendants' actions had not placed a substantial burden of his ability to practice the Wiccan religion. After careful review, we affirm the district court's rulings on these issues for the reasons stated in the Order being appealed. Hansler's additional contention that the district court denied him due process by failing to adopt certain recommendations in a July 20, 2017, Report and Recommendation of the magistrate judge is without merit.

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____